UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA MELENDEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>RALPH DIAZ, et al.,<br><br>            Defendants. | Case No.: 1:20-cv-00302-NONE-BAM<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A REGULAR CIVIL ACTION |

On October 4, 2019, Plaintiff Amanda Melendez, proceeding with counsel, filed this action in Fresno County Superior Court alleging intentional and negligent infliction of emotional distress, loss of consortium, and conspiracy to interfere with civil rights in violation of 42 U.S.C. § 1985. The matter was removed to this Court on February 26, 2020. (Doc. 1.)  The action was administratively designated as one involving a prisoner litigating the conditions of confinement.  As Plaintiff is not a prisoner proceeding in pro se, this matter should be redesignated.  Accordingly, the Clerk of the Court SHALL change the administrative designation of the present case to reflect that of a regular civil action.

IT IS SO ORDERED.

Dated:   **May 27, 2020**            /s/ *Barbara A. McAuliffe*            
                                                          UNITED STATES MAGISTRATE JUDGE

1