UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA MELENDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RALPH DIAZ, *et al.*,<br><br>　　　　　Defendants. | No. 1:20-cv-00302-NONE-BAM<br><br>ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE<br><br>ORDER TO CLOSE CASE<br><br>(Doc. No. 5) |

On July 7, 2020, the court granted defendants' motion to dismiss, (Doc. No. 5), and ordered plaintiff to show cause why the dismissal of her complaint should not be with prejudice. (Doc. No. 11.) Plaintiff was given fourteen days to respond. (*Id.*) She failed to do so. Accordingly, for the reasons discussed in the court's order of dismissal (*id.*), the matter is dismissed with prejudice. The clerk of the court is directed to assign a district judge to this matter for the purposes of closure and to close the case.

IT IS SO ORDERED.

Dated: __**August 28, 2020**__　　　　　　　　__/s/ Dale A. Drozd__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1